IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-00433-EWN-KMT

ALAN RAMON,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,
DENVER POLICE DEPARTMENT,
ERIC DENKE, individually,
KARL ROLLER, individually,
AARON KAFER, individually,
JOHN SPEEZE, individually, and
MICHAEL ANICH, individually,

    Defendants.

## ORDER

This matter is before the court on the "Stipulated Motion for Stay of Entire Action, Effective June 23, 2008, Pursuant to the Servicemembers Civil Relief Act" (#40, filed June 17, 2008). The court, having reviewed the Stipulated Motion, and finding good cause, hereby

ORDERS that the Motion is GRANTED. This entire action is stayed pursuant to the Servicemembers Civil Relief Act, 50 App. U.S.C. § 501, *et seq.*, as of June 23, 2008, and until ninety days after Officer Denke's termination of or release from military service. The court further

ORDERS the parties to file status reports beginning July 1, 2008, and continuing every 30 days thereafter.

Dated this 23 day of June, 2008.

BY THE COURT:


s/ Kathleen M. Tafoya
KATHLEEN M. TAFOYA
United States Magistrate Judge