**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-00433-CMA-KMT

ALAN RAMON,

      Plaintiff,

v.

CITY AND COUNTY OF DENVER,
DENVER POLICE DEPARTMENT,
ERIC DENKE, individually,
KARL ROLLER, individually,
AARON KAFER, individually,
JOHN SPEZZE, individually, and
MICHAEL ANICH, individually,

      Defendants.

---

## ORDER REGARDING MOTION TO DISMISS

---

      In accordance with Judge Nottingham's July 18, 2008 Minute Order (Doc. # 48)

granting Defendants' Motion for Extension of Time To File Reply On Motion To Dismiss

In Accordance With Court's Order Staying Case (Doc. # 47), this Court hereby

      ORDERS that Defendants shall file their reply regarding their Motion to Dismiss

(Doc. # 27) no later than August 13, 2009.

      DATED:  July __13__, 2009

                                 BY THE COURT:

                                 _____
                                 CHRISTINE M. ARGUELLO
                                 United States District Judge