# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| **Civil Action No.** 08-cv-00433-CMA-KMT | FTR |
| **Date:** February 25, 2010 | Debra Brown, Deputy Clerk |
| ALAN RAMON | Leonard A. Martinez |
| Plaintiff. | |
| v. | |
| CITY AND COUNTY OF DENVER, et al. ERIC DENKE | Stuart L. Shapiro Sean Olson |
| Defendants. | |

## COURTROOM MINUTES / MINUTE ORDER

**MOTIONS HEARING**

**Court in Session: 9:31 a.m.**

Court calls the case. Appearances of Counsel.

Statements by the Court regarding the pending motions.

**ORDERED:** Defendant's [84] MOTION to Compel and Request for Expenses and Fees is **GRANTED in part .** The motion is **GRANTED** insofar as it seeks to compel discovery.  A ruling on the request for expenses and fees is **HELD IN ABEYANCE.**

**ORDERED:** Plaintiff is required to submit full discovery responses on or before March 07, 2010.  Further, the plaintiffs is **ORDERED TO SHOW CAUSE** in writing on or before **March 7, 2010** why this case should not be dismissed for failure to prosecute.

**ORDERED:** Defendants shall file a status report on **March 08, 2010** advising whether they have received any discovery responses and whether such responses are adequate.

**ORDERED:** Defendant's [80] MOTION for Extension of Time to Conduct Discovery is **DENIED for the reasons stated on the record.**

**Court in recess: 9:48 a.m.**          Total In-Court Time 0:17 hearing concluded
*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.